UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES C. GARRETT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ROB McKENNA, )<br>)<br>Respondent. )<br>_____ ) | CASE NO.   C05-898RSM<br><br>ORDER DENYING MOTION FOR<br>PRELIMINARY INJUNCTIVE RELIEF |

The Court, having reviewed the petition for writ of habeas corpus, petitioner's motion for preliminary injunctive relief, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge (Dkt. #15), and the remaining record, does hereby find and Order:

(1)   The Court ADOPTS the Report and Recommendation. (Dkt. #15).

(2)   Petitioner's motion for preliminary injunctive relief (Dkt. #12) is DENIED.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 14th day of October, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE